## (November 16, 1976)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD SCOTT, Appellant.—On the court's own motion its decision dated November 8, 1976 is amended by striking the second or decretal paragraph therefrom and by substituting therefor the following: "Case remanded to the Supreme Court, Kings County, for a hearing to determine whether the 11 month delay between indictment and defendant's first motion to dismiss the indictment was occasioned by the District Attorney. Appeal held in abeyance in the interim." Order also dated November 8, 1976 amended accordingly. Hopkins, Acting P. J., Martuscello, Latham, Titone and Hawkins, JJ., concur.

## (November 22, 1976)

■ A & L PLUMBING & HEATING CO., INC., et al., Respondents, v JAMES REDFIELD PLUMBING & HEATING CO., INC., et al., Appellants.—In an action for an accounting and to recover damages for breach of contract, defendants appeal from so much of an order of the Supreme Court, Suffolk County, dated July 16, 1976, as denied their motion to dismiss the complaint on the grounds of the Statute of Frauds and failure to state a cause of action, with leave granted to assert the defense of Statute of Frauds as an affirmative defense in their answer. Order affirmed, with $50 costs and disbursements. We agree with Special Term that the conflicting versions of the facts presented by the parties indicate that the possible applicability of the Statute of Frauds should be decided at the trial. We also agree that plaintiffs' allegations of consideration are sufficient to save the complaint from dismissal for failure to state a cause of action. Gulotta, P. J., Hopkins, Martuscello and Suozzi, JJ., concur.